# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 13-61867-CIV-ROSENBAUM

ADIDAS AG, *et al.*,

       Plaintiffs,

vs.

2013JEREMYSCOTTXADIDAS.COM, *et al*.,

       Defendants.

_____/

### ORDER GRANTING *EX PARTE* TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs'[1] *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation (the "Application for Temporary Restraining Order") against Defendants,[2] pursuant to 15 U.S.C. §§ 1116 and Rule 65, Fed. R. Civ. P., for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d) [D.E. 5]. Because, as discussed below, Plaintiffs have satisfied the requirements for the issuance of a temporary restraining order, the Court grants Plaintiffs' Application for Temporary Restraining Order.

---

[1] Plaintiffs include adidas AG ("adidas AG"), adidas International Marketing B.V. ("adidas International"), and adidas America, Inc. ("adidas America") (collectively, "adidas"), as well as Plaintiffs Reebok International Limited ("Reebok International") and Reebok International Ltd. ("Reebok Ltd.") (collectively, "Reebok"), and Sports Licensed Division of the adidas Group, LLC ("SLD") (collectively referred to herein as "Plaintiffs").

[2] Defendants are the Partnerships and Unincorporated Associations identified on Schedule "A" hereto and Does 1-100 (collectively "Defendants").

# I.   <u>FACTUAL BACKGROUND</u> [3]

1.  Plaintiff adidas manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, footwear, sunglasses, sports balls, and sports and leisure wear, namely shorts,  shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits under multiple federally registered trademarks. *See* D.E. 5-1 at ¶ 4.

2. Plaintiff adidas is the owner of multiple trademark registrations for the adidas Marks, including the following valid and incontestable trademark registrations, issued by the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| ADIDAS | 0,891,222 | May 19, 1970 | IC25 - sportswear, namely, suits, shorts, pants, tights, shirts, gloves, and the like; jerseys; socks; sport shoes; namely, track and field training shoes, basketball shoes, and tennis shoes. |
|  | 0,973,161 | November 20, 1973 | IC 13 - tote bags. IC 25 - specific purpose athletic shoes; general purpose sport shoes, sports wear-namely, suits, shorts, pants, tights, shirts, jerseys, socks, and gloves. |
| adidas | 1,300,627 | October 16, 1984 | IC 025 - sportswear, namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, shoes, and slippers. |

---

[3]

 The factual background is taken from Plaintiffs' Complaint, Application for Temporary Restraining Order, and supporting evidentiary submissions.

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  | 1,310,140 | December 18, 1984 | IC 025 - sportswear, namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, shoes, and slippers. |
| adidas | 2,138,288 | February 24, 1998 | IC 009 - eyeglasses and sunglasses. IC 014 - watches and wrist watches. |
|  | 2,411,802 | December 12, 2000 | IC 018 - all-purpose sport bags, athletic bags, traveling bags, backpacks, knapsacks, and beach bags. IC 025 - sports and leisure wear; namely, shorts, pants, shirts, t-shirts, jerseys, tights, socks, gloves, jackets, swimwear, caps and hats, pullovers, sweatshirts, sweatsuits, track suits, warm-up suits, rain suits; boots, slippers, sandals, specific purpose athletic shoes, and general all-purpose sports shoes. IC 028 - sports balls and playground balls; guards for athletic use, namely, shin guards, knee guards and leg guards. |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| adidas (trefoil logo) | 3,104,117 | June 13, 2006 | IC 009 - optical apparatus and instruments, namely, eyeglasses and sunglasses. IC 014 - horological and chronometric instruments, namely, watches. IC 018 - leather and imitations of leather, and goods made from these materials in the nature of bags for general and sport use, namely handbags, tote bags, waist packs, overnight bags, backpacks, knapsacks and beach bags; trunks; traveling bags for general and sport use; leather and imitations of leather and goods made from these materials, namely, wallets, briefcases, and key cases. IC 025 - sports and leisure wear, namely suits, shorts, pants, sweatpants, skirts, skorts, dresses, blouses, shirts, t-shirts, sleeveless tops, polo shirts, vests, jerseys, sweaters, sweatshirts, pullovers, coats, jackets, track suits, training suits, warm-up suits, swimwear, underwear, socks, gloves, scarves, wristbands and belts; headgear, namely, caps, hats, visors, headbands; athletic footwear and leisure foot wear, namely, boots, sandals, specific purpose athletic shoes, and general purpose sports shoes. |

The adidas Marks are used in connection with the manufacture and distribution of goods in the categories identified above. *See* D.E. 5-1 at ¶ 5; D.E. 5-2 (containing Certificates of Registrations for the adidas Marks at issue).

3.      Plaintiff Reebok manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, footwear and apparel under the trademarks RBK, REEBOK, and ⟨Reebok logo⟩ (collectively, the "Reebok Marks"). *See* D.E. 5-1 at ¶ 13.

4

4.     Plaintiff Reebok is the owner of multiple trademark registrations for the Reebok Marks, including the following valid and incontestable trademark registrations, issued by the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| REEBOK | 1,133,704 | April 22, 1980 | IC 25 - shoes for use in athletic sports. |
| REEBOK | 1,390,793 | April 22, 1986 | IC 18 - all-purpose sport bags.<br><br>IC 25 - sweatpants, shorts, sweaters, polo shirts, hats, visors, headbands, sweatbands, t-shirts, and sweatshirts. |
|  | 1,848,848 | August 9, 1994 | IC 018 - all-purpose sport bags, duffel bags, tote bags, knapsacks, and shoulder bags.<br><br>IC 025 - footwear and apparel, namely, t-shirts, shirts, sweatshirts, sweaters, jackets, hats, visors, socks, sweatpants, pants, shorts, skirts, unitards, and leotards. |
| RBK | 3,074,802 | March 28, 2006 | IC 09 - eyewear, namely, eyewear cases; eyewear cleaning cloths; sunglasses; and protective helmets for hockey and skating.<br><br>IC 025 - footwear; headwear; apparel, namely, sweatpants, sweatshirts, shirts, shorts, sweaters, socks, jackets, sweatsuits, warm-up suits, shooting shirts, fleece tops, tank tops, polo shirts, pants, athletic bras, leggings, skirts, turtlenecks, vests, dresses, athletic uniforms, gloves, infant wear, and running suits.<br><br>IC 028 - sports equipment, namely, basketballs, footballs, rugby balls, soccer balls, in-line skates, hockey skates; protective hockey equipment, namely, shin pads, elbow pads, shoulder pads, and pants; protective in-line skating equipment, namely, kneepads and elbow pads. |

The Reebok Marks are used in connection with the manufacture and distribution of goods in the categories identified above. *See* D.E. 5-1 at ¶14; D.E. 5-3 (containing Certificates of Registrations for the Reebok Marks at issue).

5.     Plaintiff SLD manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, sports jerseys and hats under the trademark Mitchell & Ness (the "Mitchell & Ness Mark"). *See* D.E. 5-1 at ¶ 22.

6.     Plaintiff SLD is the owner of multiple trademark registrations for the Mitchell & Ness, including the following valid and incontestable trademark registration, issued by the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| MITCHELL & NESS | 2,860,283 | July 6, 2004 | IC 025 - sports jerseys, jackets, shirts, t-shirts, sweaters, caps, hats, head bands and wrist bands |

The Mitchell & Ness Mark is used in connection with the manufacture and distribution of high quality goods in at least the categories identified above. *See* D.E. 5-1 at ¶ 23; D.E. 5-4 (containing Certificates of Registrations for the Mitchell & Ness Mark at issue).

7.     Defendants, through the fully interactive, commercial Internet websites operating under their partnership and unincorporated association names identified on Schedule "A" hereto (collectively the "Subject Domain Names"), have advertised, promoted, offered for sale, or sold, at least, (i) footwear, sunglasses, sports balls, and sports and leisure wear, namely shorts, shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits bearing what Plaintiffs have determined to be

counterfeits, reproductions or colorable imitations of the adidas Marks, (ii) footwear and apparel bearing what Plaintiffs have determined to be counterfeits, reproductions or colorable imitations of the Reebok Marks, and (iii) sports jerseys and hats bearing what Plaintiffs have determined to be counterfeits, reproductions or colorable imitations of the Mitchell & Ness Mark. *See* D.E. 5-1 at ¶¶ 31-39.

8.      Although each Defendant may not copy and infringe each of Plaintiffs' individual trademarks for each category of goods protected, Plaintiffs have submitted sufficient evidence showing each Defendant has infringed at least one or more of the trademarks at issue. *See* D.E. 5-1 at ¶¶ 33-39; D.E. 5-17 at ¶¶ 5-9; D.E. 5-18 through D.E. 5-24. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the adidas Marks, Reebok Marks, or Mitchel & Ness Mark (collectively, "Plaintiffs' Marks."). *See* D.E. 5-1 at ¶¶ 31, 38, 39.

9.      Plaintiffs retained AED Investigations, Inc., and Aries Claims Services, both licensed private-investigative firms, to investigate the sale of counterfeit versions of Plaintiffs' products by Defendants. *See* D.E. 5-1 at ¶ 32; D.E. 5-5 at ¶ 5; D.E. 5-17 at ¶ 3; D.E. 5-25 at ¶ 3.

10.     Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., accessed the Internet websites operating under the Subject Domain Names **cheapnbajerseywholesale.com** and **kevinshoes.com** and placed orders for the purchase of various adidas-branded products, including a jersey and one pair of shoes—all bearing counterfeits of, at least, one of the adidas Marks at issue in this action. *See* D.E. 5-17 at ¶ 4; D.E. 5-18. Rosaler finalized payment for the adidas-branded jersey purchased through **cheapnbajerseywholesale.com** via credit card and the adidas-branded shoes purchased through **kevinshoes.com** via Western Union. *See* D.E. 5-17 at ¶ 4; D.E. 5-18.

11.     Rosaler also accessed the Internet websites operating under the Subject Domain

Names, **jerseysfreetax.com** and **wholesalejerseys4u.us**, and placed an order for the purchase of various Reebok-branded products, including two jerseys bearing counterfeits of at least one of the Reebok Marks at issue in this action. *See* D.E. 5-17 at ¶ 5; D.E. 5-19. Rosaler finalized payment for the Reebok-branded jerseys purchased through **jerseysfreetax.com** and **wholesalejerseys4u.us** via PayPal to the PayPal accounts michaelwindebanker@yahoo.com and williamkinnaman@yahoo.com, respectively. *See* D.E. 5-17 at ¶5; D.E. 5-19.

12.     Additionally, Rosaler accessed the Internet websites operating under the domain names **fineworkshops.com, cheapnba-mart.com,** and **onlyjerseys.us**, and placed an order for the purchase of various Mitchell & Ness-branded products, including a jersey and two hats bearing counterfeits of at least one of the Mitchell & Ness Marks at issue in this action. *See* D.E. 5-17 at ¶ 7; D.E. 5-20. Rosaler finalized payment for the Mitchell & Ness-branded jersey purchased through **fineworkshops.com** via PayPal to the PayPal account xubo198701@gmail.com, the Mitchell & Ness-branded hat purchased through **cheapnba-mart.com** via PayPal to the PayPal account janespanich@hotmail.com, and the Mitchell & Ness-branded hat purchased through **onlyjerseys.us** via PayPal to the PayPal account stevensalcedos@yahoo.com. *See* D.E. 5-17 at ¶ 7; D.E. 5-20.

13.     Further, Rosaler accessed Internet websites operating under the Subject Domain Names identified on the table below and went through the purchasing process[4] for various products, most of which bore counterfeits of, at least, one of the Plaintiffs' respective Marks at issue in this action.[5]  *See*

---

[4] Rosaler intentionally did not finalize his purchases from the Internet websites so as to avoid contributing funds to Defendants' coffers. *See* D.E. 5-17 at ¶ 9, n. 4.

[5] Although all of the websites operating under the Subject Domain Names offer for sale Plaintiffs' respective branded items (*see* D.E. 5-5 at ¶ 2), Rosaler intentionally did not as part of his investigative process order Plaintiffs' respective branded merchandise from some of the websites operating under the Subject Domain Names but instead ordered some merchandise not bearing Plaintiffs' trademarks. Making purchases of mixed brands is a technique commonly used by investigators to avoid inadvertently tipping off the target that a brand owner is conducting an investigation. *See* D.E. 5-5 ¶ 5.

D.E. 5-17 at ¶ 9; D.E. 5-21 through 5-24. Following submission of his orders, Rosaler received information for finalizing payment for each of the items ordered via PayPal or bank transfer to Defendants' respective PayPal or bank accounts[6] as follows:

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| 11proboots.com<br>copascarpedacalcio.com<br>predatorabsolado.com<br>predatorlzfootballboots.com<br>soccerkicksonfire.com | Bank Transfer | Bank Name: HSBC Bank(China) Company Limited,Xiamen Branch<br>Branch Location: Units 7-10,G/F,The Bank Centre,189 Xiamen 361003,P.R. China<br>Bank Country: China<br>Beneficiary: YAO JING<br>Beneficiary Address: FuJian China<br>Beneficiary Country: China<br>Swift Code: HSBCCNSHSIA<br>Account No: ********3406 |
| adidas-nike-jp.com | Bank Transfer | Beneficiary Institution: Bank Of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: Xuesong Zhao<br>Beneficiary Telephone Number: 008613599556597<br>Beneficiary Account Number: ***************1764 |
| adidasoriginalssuperstar2.com | Bank Transfer | Beneficiary Bank: Bank Of China<br>Beneficiary Name: ZhiMin Lin<br>Swift Code: BKCHCNBJ73B<br>Bank Address: Quanzhou Brnch Of Bank Of China<br>Account Number: ***************9701 |

---

[6] The full account numbers of all financial institution accounts identified herein have been redacted to avoid disclosure of private financial information, in compliance with Rule 5.2(a)(4), Fed. R. Civ. P.

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5 383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| adidasporschedesignbounce.com<br>chaussureadidasporschedesign.com<br>jeremyscottoriginals.com | Bank Transfer | Beneficiary Name: Jianping Wu<br>Beneficiary Bank: Bank of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Bank Address: No.,108, Shuangfu Road, Chengxiang District, Putian, Fujian, ChinarnZip Code: 351100<br>Account Number: *******-****-***073-0 |
| adidassneaker.org | Bank Transfer | Beneficiary institution: Bank of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: Wenxian Shen<br>Beneficiary Address : No.289, Zhenhai Street, Putian, Fujian, China<br>Bank Address: Wenxian road 192 Chenxiang borough Fujian Provice China<br>Account Number: *************4662 |
| adidaswings4sales.com | Bank Transfer | Beneficiary Name: Haiqin Zhang<br>Swift Code: CMBCCNBS471<br>Bank Name: China Merchants Bank<br>Address: Shenzhen, China<br>Account Number :************6391 |
| all-wholesaler.com | PayPal | jinyannizuimei@hotmail.com |
| all-wholesaler.com | Bank Transfer | Beneficiary Name: Yanghua Name: huang<br>Address: 933 Wenxian, Chengxiang District, Putian City, Fujian Province, China<br>Swift Code: BKCHCNBJ73C<br>Postal Code: 351100<br>Account number: **** **** **** ***9 257 |
| billigereeboksko.com<br>reebokprecios.com<br>reeboktilbud.com | Bank Transfer | Beneficiary institution: Bank of China Putian Branch<br>SWIFT: BKCHCNBJ73C<br>Beneficiary Name   Jinchun Huang<br>Address: 76 Wenxian Lu Putian<br>Bank Account: **** **** **** ***9 962 or ****** **** **** ***9 962 |
| brownsneaks.com<br>rainbowsneaks.com | PayPal | ARLLEXO LIMITED |

10

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| buyjerseys.us | PayPal | lindababber@yahoo.com |
| canada-jerseys.com | PayPal | snowewqoud@outlook.com |
| cr7soccersales.com | PayPal | worldtrades2014@gmail.com |
| cr7soccersales.com | Bank Transfer | Bank Name : China Merchants Bank Putian Branch<br>Swift Code : CMBCCNBS556<br>Bank Address : Licheng Road, Putian , Fujian, China<br>Beneficiary Name: GuoShan Huang<br>Telephone: +86 15260959949<br>Bank Account :**** **** **** 8688 |
| danmarkreebok.com | Bank Transfer | Beneficiary institution: Bank of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: CHANGHUA LV<br>Address of the bank: Bank Of China 76,Winxian LU 351100 Putian China<br>Address of CHANGHUA LV: Liyuan street, 351100, Putian, China<br>Account Number : ** **** **** **** ***8722 |
| dnike.com<br>wholesalebrand.org | Bank Transfer | Beneficiary's Name: Lin Rui Zhen<br>Inward Remittance Bank'Name:<br>Bank of China Quanzhou Branch,<br>BOC Mansion Fengze Street, Quanzhou, Fujian, P.R. China<br>Swift Code: BKCHCNBJ73B<br>Account Number : ***************2955 |
| easytunereebok.com | Bank Transfer | Beneficiary institution: Bank of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: yanzhen shen<br>Address: 76 WinXian Lu PUTIAN<br>Account Number: **** **** **** ***9526 |

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| exportroad.com | Bank Transfer | Bank Name: Bank Of China Putian Branch<br>Swift Code : BKCHCNBJ73C<br>payee : Zhou Wenhua<br>Beneficiary Telephone Number :<br>0018613559393182 / 0018613799622573<br>Bank Address: Putian, Fujian, China<br>postcode: 351100<br>Account Number : *******--****--***898--8 |
| goemwholesaler.com | Bank Transfer | Beneficiary Name: Tenglong Kang<br>Receiver Telephone: (+86)1803-001-0620<br>Bank Name: Industrial And Commercial Bank Of China<br>Bank Address: Dongdu Branch<br>Swift Code: ICBKCNBJSMM<br>Account Number: **** **** **** ***5167 |
| jeremyscottadidasaustralia.org | PayPal | paypalokpayment2654@yahoo.com |
| jeremyscottadidascollection.com<br>jeremyscottadidasxoriginals.us | Bank Transfer | Beneficiary Name: jialong Chen<br>Bank name: Putian Fenhang Jianshe Yinhang China<br>Swift code: PCBCCNBJFJP<br>Bank Account Number: **** **** **** ***0294 |
| jerseybuy365.com | PayPal | hin.yip@gmail.com |
| jerseysfreetax.com | PayPal | cristiancamposer@yahoo.com |
| jerseysshoppe.com<br>wholesalejerseycenter.com | Bank Transfer | Beneficiary Name: Wu Meizhu<br>Bank Name: Bank of china putian branch<br>Beneficiary Address: Putian, Fujian, China.<br>Swift Code: BKCHCNBJ73C<br>Company ADDESS: Putian City, Fujian Province. China<br>Bank Account: ****-****-****-***7-028 |

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5 383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| kevinshoes.com | Bank Transfer | Beneficiary Name: Wu HuiHui<br>Bank Name: Bank Of China Guangzhou Huan<br>Bank Address: SHI XI ROAD SUB-BRANCH<br>SWIFT CODE: BKCHCN BJ400<br>Bank Account: **** **** **** ***9 941 |
| mercurialsuperfly8.com<br>messishoes2013.com | Bank Transfer | Beneficiary Name : tianhui weng<br>Bank : bank of China<br>Swift Code: BKCHCNBJ73C<br>Address: Putian, Fujian, China, 351100<br>Bank Account: **** **** **** ***1 053 |
| nfljerseysstock.com | Bank Transfer | Swift Code: BKCHCNBJ73C<br>Bank Name: Bank Of China (Putian Branch) Putian<br>Beneficiary Name: Hai Yan LIN<br>Address: putian City, Fujian Province, China<br>Postcode:351100<br>Account Number : **** **** **** ***8 060 |
| ralphlaurenus.com | Bank Transfer | Beneficiary Name: YiLan, Wu<br>Bank Name: Bank of China NanChang Branch<br>Swift Code. BKCHCNBJ550<br>Address: NO.376 , Jie Fang Road, The Town Of XinJian, JiangXi Province, China<br>Account Number. **************3612 |
| shirtforsoccer.com<br>soccershirtsupplier.com | Bank Transfer | Bank Of China Baiyun Golf Sub-Branch Guangzhou<br>Address : No.124 Huang Shi Dong Road Baiyun Golf Garden The 1st Floor Of Yingyue Building Guangzhou China<br>Swift Code: BKCHCN BJ400<br>Telex Code: 441042 GDBOC CN<br>Beneficiary's Name: Li Dongcai<br>Account No: ******* ******* *34 75 |

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5 383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| skoronline.org | Bank Transfer | Beneficiary institution: Bank of China Putian Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: Qiang Lin<br>Beneficiary Address : West of 1069 Road Wenxian, Putian, Fujian, China<br>Account Number: ***************5037 |
| sneakersalesclub.com | Bank Transfer | Bank Name: Bank Of China Putin Branch<br>Swift Code: BKCHCNBJ73C<br>Beneficiary Name: Liu Guanyou<br>Beneficiary Telephone: 13599451495<br>Beneficiary Address: Putian City Fujian Province China<br>Beneficiary Account: **************2344 |
| soccerbootoutlet.com | Bank Transfer | Swift Code: BKCHCNBJ73C<br>Bank Name: Bank Of China<br>Beneficiary Name: Cai Yusang<br>Phone number:8615860051772<br>Account Number: ***************9669 |
| soccerjerseys1store.com | Bank Transfer | Bank Name: Bank of China<br>Beneficiary Name: Yang Zhigang<br>Swift code: BKCHCNBJ45A<br>Account Number: ***************9920 |
| soccer-wholesale.com | Bank Transfer | Bank Name: Bank Of China, Wan Guo Plaza SB-BRANCH<br>Beneficiary Name: Pang Hai Wen.<br>SWIFT code: BKCHCNBJ400.<br>Bank Address: No.131 Jiang Nan Da Dao Zhong Road, GuangZhou, China.<br>Account Number: ********-****-***309-0 |
| sparta7.com | PayPal | pay@beebond.com |
| sportjerseysfactory.com<br>teamjerseysfactory.com | PayPal | allingsoong@hotmail.com |
| teamjerseysfactory.com | PayPal | musyearslk@hotmail.com |

| Domain Name | Payment Method | Account |
|---|---|---|
| 2013jeremyscottxadidas.com | Bank Transfer | Beneficiary Name: Jianshun Guo<br>Bank Name: Bank of China<br>Swift Code: BKCHCNBJ<br>Account Number: **** **** **** ***5 383 |
| 4footballshirts.com | PayPal | joejidsr16@gmail.com |
| styleaaa.com | Bank Transfer | Swift Code: BKCHCNBJ73A<br>Bank Name: bank of china xiamen GaoKeJiYuan br.<br>Beneficiary Name: Ke Shan Hong<br>Beneficiary's Address: 1002RM NO.43 Changhaoyili, Huli District Xiamen City China<br>Account Number: ***************2154 |
| thisjerseysb.com | PayPal | lcyh2626@163.com |
| uniformfootball.com | PayPal | jinta-int@hotmail.com |
| uniformfootball.com | Bank Transfer | Beneficiary  Bank: China Merchants Bank, H.O. Shenzhen, China,<br>SWIFT Code: CMBCCNBS<br>Beneficiary Name: jian fang<br>Account Number: ************9985 |
| wholesale-soccerjersey.com | Bank Transfer | Beneficiary Name: Youwen Feng<br>Beneficiary Telephone:13580516001<br>Bank Name: ICBC<br>Bank Address: Layer 1,Building Comprehensive<br>Information, Gungzhou University Town, District Panyu, Guangzhou<br>Swift Code: ICBKCNBJGDG<br>Account Number: ***************7203 |
| wholesale-soccer-jersey168.com | Bank Transfer | Beneficiary Name:Yanyi Feng<br>Beneficiary Telephone: 15813358577<br>Bank Name: ICBC<br>Bank Address: Layer 1,Building Comprehensive Information,Gungzhou University Town, District Panyu, Guangzhou<br>Swift Code: ICBKCNBJGDG<br>Account Number: ***************4784 |

*See* D.E. 5-11at ¶ 9; D.E. 5-15.

14.     Kathleen Burns, a partner of Aries Claims Services, accessed the Internet websites operating under the Subject Domain Names identified in the table below and went through the purchasing process on each website for various products, most of which bore Plaintiffs' respective Marks at issue in this action.[7] *See* D.E. 5-16 at ¶ 4; D.E. 5-17. Following submission of her orders, Burns received information for finalizing payment for each of the various products ordered via PayPal or bank transfer to Defendants' respective PayPal or bank accounts[8] as follows:

| Domain Name | Payment Method | Account |
|---|---|---|
| fussball-schuhe.org | Bank Transfer | Bank of China<br>Account Name: Xingong Yang<br>Swift Code: BKCHCNBJ73C<br>Bank Account Number:<br>***************4247 |
| chaussuresadidasjeremyscott.com | PayPal | malljrerescomychaussure@gmail.com |
| cheapnbajerseywholesale.com | PayPal | ourbestsale@hotmail.com |
| clothingwholesaletrade.com | Bank Transfer | Bank of China<br>Account Name: Lu Shengjun<br>Swift Code: bk chcnbj73c<br>Bank Account Number:<br>***************7574 |
| f10-adizerotrx.com<br>kobe8lakers.com<br>newadizeroiii.com | Bank Transfer | HSBC Bank (China) Company Limited<br>Account Name: Yao Jing<br>Swift Code: HSBCCNSHSIA<br>Bank Account Number: ********3406 |

[7] Although all of the websites operating under the Subject Domain Names offer for sale Plaintiffs' respective branded items (*see* D.E. 5-5 at ¶ 2), Burns intentionally did not order Plaintiffs' respective branded merchandise from some of the websites operating under the Subject Domain Names as part of her investigative process to avoid inadvertently tipping off the target that a brand owner is conducting an investigation. *See* D.E. 5-5 at ¶ 5; D.E. 5-25 at ¶ 4, n. 1.

[8] The full account numbers of all financial institution accounts identified herein have been redacted to avoid disclosure of private financial information, in compliance with Rule 5.2(a)(4), Fed. R. Civ. P.

| nikeairmaxdeals4u.com | PayPal | Damian4Cornick@hotmail.com |
| nikeairmaxtnsko.com | PayPal | didido89@gmail.com |
| jerseyssupply.us | PayPal | lindababber@yahoo.com |
| nikevipjerseys.com | PayPal | hebahetp9@hotmail.com |
| shoppingwholesalenfl.com | PayPal | ericaceballose@yahoo.com |
| wholesalejerseys4u.us | PayPal | taraleonardi@yahoo.com |

*See* D.E. 5-16 at ¶ 4.

15.     Thereafter, the detailed web-page listings and images of the adidas-branded jersey and shoes, the Reebok-branded jerseys, and the Mitchell & Ness-branded jersey and hats purchased by Rosaler from Defendants via the Internet websites operating under the Subject Domain Names **cheapnbajerseywholesale.com, kevinshoes.com**, **jerseysfreetax.com, wholesalejerseys4u.us, fineworkshops.com, cheapnba-mart.com,** and **onlyjerseys.us** were reviewed by Plaintiffs' representative, Jeni B. Zuercher, who determined the products to be non-genuine, unauthorized versions of Plaintiffs' products. *See* D.E. 5-1 at ¶¶ 33, 35, 37, 39. Ms. Zuercher also reviewed and visually inspected Defendants' Websites, as well as pictures of the items bearing the adidas Marks, Reebok Marks, and Mitchell & Ness Mark offered for sale by Defendants via their Internet websites operating under the Subject Domain Names, and likewise determined the products to be non-genuine, unauthorized versions of Plaintiffs' products. *See* D.E. 5-1 at ¶¶ 38-39.

## II.    LEGAL STANDARD

In order to obtain a temporary restraining order, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant;

and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l Trading, Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b). *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing and no longer." *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Local No. 70 of Alameida Cnty, etc.*, 415 U.S. 423, 439 (1974).

### III.   ANALYSIS

The declarations Plaintiffs submitted in support of their Application for Temporary Restraining Order support the following conclusions of law:

A.      Plaintiffs have a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of footwear, sunglasses, sports balls, apparel, and sports and leisure wear, namely, shorts, shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits bearing counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks, and that the products Defendants are selling and promoting are copies of Plaintiffs' products that bear copies of Plaintiffs' Marks on footwear, sunglasses, sports balls, apparel, and sports and leisure wear, namely, shorts, shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits.

B.     Because of the infringement of Plaintiffs' Marks, Plaintiffs are likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiffs' Complaint, Application for Temporary Restraining Order, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers before Defendants can be heard in opposition unless Plaintiffs' request for *ex parte* relief is granted:

1.     Defendants own or control Internet websites, domain names, or businesses that advertise, promote, offer for sale, or sell, at least footwear, sunglasses, sports balls, apparel, and sports and leisure wear, namely shorts, shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits bearing counterfeit and infringing trademarks in violation of Plaintiffs' rights;

2.     There is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products;

3.     There is good cause to believe that if Plaintiffs proceed on notice to Defendants on this Application for Temporary Restraining Order, Defendants can easily and quickly transfer the registrations for many of the domain names at issue in this action, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiffs' ability to obtain meaningful relief;

C.     The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiffs, their reputation, and goodwill as a manufacturer and distributor of quality products, if such relief is not issued; and

D. The public interest favors issuance of the temporary restraining order in order to protect Plaintiffs' trademark interests and the public from being defrauded by the palming off of counterfeit products as genuine products of Plaintiffs.

E. Under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of footwear, sunglasses, sports balls, apparel, and sports and leisure wear, namely, shorts, shirts, jerseys, sweatshirts, socks, hats, jackets, and track suits bearing counterfeits and infringements of Plaintiffs' Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'"))

F. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading, Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G. In light of the inherently deceptive nature of the counterfeiting business and the likelihood that Defendants have violated federal trademark laws, Plaintiffs have good reason to believe that Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV. CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that Plaintiffs' *Ex Parte* Application for Temporary Restraining Order and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation [D.E. 5] is hereby **GRANTED** as follows:

(1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained

       a.   From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing Plaintiffs' Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiffs; and

       b.   From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing Plaintiffs' Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing Plaintiffs' Marks, or any confusingly similar trademarks.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet websites, domain name, or businesses owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

21

(5)      The domain name Registrars for the Subject Domain Names are directed to transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6)      Upon Plaintiffs' request, the privacy protection service for any Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiffs the true identities and contact information of those Registrants;

(7)      Plaintiffs may enter the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(8)      Each Defendant shall preserve copies of all their computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

(9)      Upon receipt of notice of this Order, PayPal, Inc. ("PayPal"),[9] and its related companies and affiliates shall immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into the PayPal accounts related to Defendants and associated e-mail addresses identified on Schedule "B" hereto and the following specific PayPal account recipients:

| PayPal Account |
| --- |
| joejidsr16@gmail.com |
| jinyannizuimei@hotmail.com |
| ARLLEXO LIMITED |
| lindababber@yahoo.com |
| snowewqoud@outlook.com |
| worldtrades2014@gmail.com |

---

[9]  PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* D.E. 5-5 at ¶ 10; D.E. 5-16.

| PayPal Account |
| --- |
| paypalokpayment2654@yahoo.com |
| hin.yip@gmail.com |
| cristiancamposer@yahoo.com |
| pay@beebond.com |
| allingsoong@hotmail.com |
| musyearslk@hotmail.com |
| lcyh2626@163.com |
| jinta-int@hotmail.com |
| michaelwindebanker@yahoo.com |
| williamkinnaman@yahoo.com |
| xubo198701@gmail.com |
| janespanich@hotmail.com |
| stevensalcedos@yahoo.com |
| malljrerescomychaussure@gmail.com |
| ourbestsale@hotmail.com |
| Damian4Cornick@hotmail.com |
| didido89@gmail.com |
| hebahetp9@hotmail.com |
| ericaceballose@yahoo.com |
| taraleonardi@yahoo.com |

as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s) and/or any of the other PayPal accounts subject to this Order; and (iii) any other PayPal accounts tied to or used by any of the Subject Domain Names identified on Schedule "A" hereto;

(10)    Upon receipt of notice of this Order, PayPal and its related companies and affiliates shall immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts,[10] including but not limited to:

---

[10]    The full account numbers identified herein have been redacted to avoid disclosure of private financial information, in compliance with Rule 5.2(a)(4), Fed. R. Civ. P.The full account numbers, however, are identified on Plaintiffs' Notice of Filing Reference List, filed under seal, which shall be disclosed to PayPal to effectuate the relief ordered herein.

| Bank Name | Account Name | Account Number |
|---|---|---|
| Bank of China | Jianshun Guo | **** **** **** ***5 383 |
| Bank of China | Yanghua Huang | **** **** **** ***9 257 |
| Bank of China | tianhui weng | **** **** **** ***1 053 |
| Bank Of China | Cai Yusang | ***************9669 |
| Bank of China | Yang Zhigang | ***************9920 |
| Bank of China | xingong yang | ***************4247 |
| Bank of China | lu shengjun | ***************7574 |
| Bank of China, Baiyun Golf Sub-Branch | Li Dongcai | ******* ******* *34 75 |
| Bank of China, Guangzhou Tang Xia Sub-branch | Yao Wen Zou | ***************4361 |
| Bank of China, Guanzhou Huan | Wu HuiHui | **** **** **** ***9 941 |
| Bank of China, NanChang Branch | YiLan, Wu | ***************3612 |
| Bank of China, Putian Branch | XUESONG ZHAO | ***************1764 |
| Bank of China, Putian Branch | Jianping Wu | *******-****-***073-0 |
| Bank of China, Putian Branch | Wenxian Shen | ***************4662 |
| Bank of China, Putian Branch | Jinchun Huang | **** **** **** ***9 962 or ******* **** **** ***9 962 |
| Bank of China, Putian Branch | GuoShan Huang | **** **** **** 8688 |
| Bank of China, Putian Branch | Changhua LV | ** **** **** **** ***8 722 |
| Bank of China, Putian Branch | yanzhen shen | **** **** **** ***9 526 |
| Bank of China, Putian Branch | Zhou Wenhua | *******--****--***898--8 |
| Bank of China, Putian Branch | Wu Meizhu | ****-****-****-***7-028 |
| Bank of China, Putian Branch | Hai Yan LIN | **** **** **** ***8 060 |
| Bank of China, Putian Branch | Lin Yamei | ***************1626 |
| Bank of China, Putian Branch | Qiang Lin | ***************5037 |
| Bank of China, Putian Branch | Liu Guanyou | **************2344 |
| Bank of China, Quanzhou Branch | ZhiMin Lin | ***************9701 |
| Bank of China, Quanzhou Branch | Lin Rui Zhen | ***************2955 |
| Bank Of China, Wan Guo Plaza SB-BRANCH | Pang Hai Wen | *******-****-***309-0 |
| Bank of China, xiamen GaoKeJiYuan br. | Ke Shan Hong | ***************2154 |
| China Construction Bank Corporation | jialong Chen | **** **** **** ***0 294 |

| Bank Name | Account Name | Account Number |
|---|---|---|
| China Merchants Bank | Haiqin Zhang | ************6391 |
| China Merchants Bank | jian fang | ************9985 |
| HSBC Bank(China) | Yao Jing | ********3406 |
| Industrial and Commercial Bank of China | Youwen Feng | ***************7203 |
| Industrial and Commercial Bank of China | Yanyi Feng | ***************4784 |
| Industrial and Commercial Bank of China, Dongdu Branch | Tenglong Kang | **** **** **** ***5167 |

and any other related accounts of the same customers;

(11)   PayPal shall also immediately divert to a holding account for the trust of the Court all

funds in all PayPal accounts related to the PayPal account recipients:

| PayPal Account |
|---|
| joejidsr16@gmail.com |
| jinyannizuimei@hotmail.com |
| ARLLEXO LIMITED |
| lindababber@yahoo.com |
| snowewqoud@outlook.com |
| worldtrades2014@gmail.com |
| paypalokpayment2654@yahoo.com |
| hin.yip@gmail.com |
| cristiancamposer@yahoo.com |
| pay@beebond.com |
| allingsoong@hotmail.com |
| musyearslk@hotmail.com |
| lcyh2626@163.com |
| jinta-int@hotmail.com |
| michaelwindebanker@yahoo.com |
| williamkinnaman@yahoo.com |
| xubo198701@gmail.com |
| janespanich@hotmail.com |
| stevensalcedos@yahoo.com |
| malljrerescomychaussure@gmail.com |
| ourbestsale@hotmail.com |

| PayPal Account |
| --- |
| Damian4Cornick@hotmail.com |
| didido89@gmail.com |
| hebahetp9@hotmail.com |
| ericaceballose@yahoo.com |
| taraleonardi@yahoo.com |

and any other related accounts of the same customer(s), and/or all PayPal accounts linked to, associated

with, or that transmit funds into Defendants' identified bank accounts, including but not limited to:

| Bank Name | Account Name | Account Number |
| --- | --- | --- |
| Bank of China | Jianshun Guo | **** **** **** ***5 383 |
| Bank of China | Yanghua Huang | **** **** **** ***9 257 |
| Bank of China | tianhui weng | **** **** **** ***1 053 |
| Bank Of China | Cai Yusang | ***************9669 |
| Bank of China | Yang Zhigang | ***************9920 |
| Bank of China | xingong yang | ***************4247 |
| Bank of China | lu shengjun | ***************7574 |
| Bank of China, Baiyun Golf Sub-Branch | Li Dongcai | ******* ******* *34 75 |
| Bank of China, Guangzhou Tang Xia Sub-branch | Yao Wen Zou | ***************4361 |
| Bank of China, Guanzhou Huan | Wu HuiHui | **** **** **** ***9 941 |
| Bank of China, NanChang Branch | YiLan, Wu | ***************3612 |
| Bank of China, Putian Branch | Xuesong Zhao | ***************1764 |
| Bank of China, Putian Branch | Jianping Wu | *******-****-***073-0 |
| Bank of China, Putian Branch | Wenxian Shen | ***************4662 |
| Bank of China, Putian Branch | Jinchun Huang | **** **** **** ***9 962 or ****** **** **** ***9 962 |
| Bank of China, Putian Branch | GuoShan Huang | **** **** **** 8688 |
| Bank of China, Putian Branch | Changhua LV | ** **** **** **** ***8 722 |
| Bank of China, Putian Branch | yanzhen shen | **** **** **** ***9 526 |
| Bank of China, Putian Branch | Zhou Wenhua | *******--****--***898--8 |
| Bank of China, Putian Branch | Wu Meizhu | ****-****-****-***7-028 |
| Bank of China, Putian Branch | Hai Yan LIN | **** **** **** ***8 060 |
| Bank of China, Putian Branch | Lin Yamei | ***************1626 |
| Bank of China, Putian Branch | Qiang Lin | ***************5037 |

| Bank Name | Account Name | Account Number |
|---|---|---|
| Bank of China, Putian Branch | Liu Guanyou | **************2344 |
| Bank of China, Quanzhou Branch | ZhiMin Lin | ***************9701 |
| Bank of China, Quanzhou Branch | Lin Rui Zhen | ***************2955 |
| Bank Of China, Wan Guo Plaza SB-BRANCH | Pang Hai Wen | *******-****-***309-0 |
| Bank of China, xiamen GaoKeJiYuan br. | Ke Shan Hong | ***************2154 |
| China Construction Bank Corporation | jialong Chen | **** **** **** ***0 294 |
| China Merchants Bank | Haiqin Zhang | ************6391 |
| China Merchants Bank | jian fang | ************9985 |
| HSBC Bank(China) | Yao Jing | ********3406 |
| Industrial and Commercial Bank of China | Youwen Feng | ***************7203 |
| Industrial and Commercial Bank of China | Yanyi Feng | ***************4784 |
| Industrial and Commercial Bank of China, Dongdu Branch | Tenglong Kang | **** **** **** ***5167 |

and any other related accounts of the same customers as well as any other accounts which transfer funds into the same financial institution account(s) as any of the other PayPal accounts subject to this Order;

(12)    PayPal shall further, within five business days of receiving this Order, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds frozen and identifies the PayPal account(s) to which the frozen funds are related, and (ii) the account transactions related to all funds transmitted into the PayPal account(s) which have been restrained. Such freezing of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until further order of this Court. PayPal shall receive and maintain this Order and its contents as confidential until further order of this Court. No funds restrained by this Order shall be transferred or surrendered by PayPal for any purpose (other than pursuant to a

chargeback made pursuant to PayPal's security interest in the funds) without the express authorization of this Court;

(13)    This Temporary Restraining Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

(14)    Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiffs shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court.  In the Court's discretion, the bond may be subject to increase should the amount of the funds seized exceed $10,000.00.

(15)    A **hearing** is set before this Court in the United States Courthouse located at 299 East Broward Boulevard, Courtroom 310, Fort Lauderdale, Florida 33301 on **Wednesday, September 25, 2013, at 1:30 p.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiffs' requested preliminary injunction;

(16)    After Plaintiffs' counsel has received confirmation from PayPal regarding the funds frozen as directed herein, Plaintiffs shall serve a copy of the Complaint, the Application for Temporary Restraining Order, and Order, and all other pleadings and documents on file in this action on each Defendant via the corresponding e-mail addresses provided by Defendants (i) as part of the domain registration data for each of their respective domain names, or (ii) on their Internet websites, and the customer service e-mail addresses used to communicate with Plaintiffs' investigator, which are identified on Schedule "B" hereto, or (iii) on each Defendant via the online submission forms provided on the Internet websites operating under their respective Subject Domain Names, and provide a copy of the

28

Order by e-mail to the registrar of record for each of their respective domain names or by other means reasonably calculated to give notice which is permitted by the Court.

(17)   **Any response or opposition** to Plaintiffs' Motion for Preliminary Injunction must be filed and served on Plaintiffs' counsel by Tuesday, September 24, 2013, and filed with the Court, along with Proof of Service on the same date. Plaintiffs shall file any **Reply Memorandum** prior to the hearing scheduled for September 25, 2013. The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65, and this Court's inherent authority**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of September, 2013 at 4:19 p.m.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES

| Defendant Number | Defendant / Subject Domain Name |
|---|---|
| 1 | 2013jeremyscottxadidas.com |
| 2 | 11proboots.com |
| 2 | copascarpedacalcio.com |
| 2 | f10-adizerotrx.com |
| 2 | kobe8lakers.com |
| 2 | newadizeroiii.com |
| 2 | predatorabsolado.com |
| 2 | predatorlzfootballboots.com |
| 2 | soccerkicksonfire.com |
| 3 | 4footballshirts.com |
| 4 | adidasjeremyscottsaustralia.com |
| 4 | jeremyscottadidasaustralia.org |
| 5 | adidas-nike-jp.com |
| 6 | adidasoriginalssuperstar2.com |
| 6 | adidassuperstar2.com |
| 7 | adidasporschedesignbounce.com |
| 7 | chaussureadidasporschedesign.com |
| 7 | jeremyscottoriginals.com |
| 8 | adidassneaker.org |
| 9 | adidaswings4sales.com |
| 10 | all-wholesaler.com |
| 11 | billige-nike-fussballschuhe.com |
| 11 | fussball-schuhe.org |
| 12 | billigereeboksko.com |
| 12 | reebokprecios.com |
| 12 | reeboktilbud.com |
| 14 | brownsneaks.com |
| 14 | rainbowsneaks.com |
| 15 | buyjerseys.us |
| 15 | jerseyssupply.us |
| 15 | nikenfl2013.us |
| 15 | onlyjerseys.us |
| 15 | salejerseysbar.com |
| 15 | shoppingwholesalenfl.com |
| 16 | canada-jerseys.com |
| 17 | chaussuresadidasjeremyscott.com |
| 18 | cheapjerseys88.com |
| 18 | nfljerseysstock.com |
| 19 | cheapnbajerseywholesale.com |

| 20 | cheapnba-mart.com |
|----|-------------------|
| 21 | clothingwholesaletrade.com |
| 22 | cr7soccersales.com |
| 23 | danmarkreebok.com |
| 24 | dnike.com |
| 25 | easytunereebok.com |
| 26 | exportroad.com |
| 26 | nicepaypal.com |
| 27 | fineworkshops.com |
| 28 | goemwholesaler.com |
| 29 | jeremyscottadidascollection.com |
| 29 | jeremyscottadidasxoriginals.us |
| 30 | jerseybuy365.com |
| 31 | jerseysfreetax.com |
| 32 | jerseysshoppe.com |
| 32 | wholesalejerseycenter.com |
| 33 | kevinshoes.com |
| 34 | mercurialsuperfly8.com |
| 34 | messishoes2013.com |
| 35 | nikeairmaxdeals4u.com |
| 36 | nikeairmaxtnsko.com |
| 37 | nikevipjerseys.com |
| 39 | ralphlaurenus.com |
| 40 | shirtforsoccer.com |
| 40 | soccershirtsupplier.com |
| 41 | shopcheapnhljerseys.com |
| 41 | wholesalejerseys4u.us |
| 42 | skoronline.org |
| 43 | sneakersaleclub.net |
| 43 | sneakersalesclub.com |
| 44 | soccerbootoutlet.com |
| 45 | soccerjerseys1store.com |
| 46 | soccer-wholesale.com |
| 47 | sparta7.com |
| 48 | sportjerseysfactory.com |
| 48 | teamjerseysfactory.com |
| 49 | styleaaa.com |
| 50 | thisjerseysb.com |
| 51 | uniformfootball.com |
| 52 | wholesalebrand.org |
| 53 | wholesale-soccerjersey.com |
| 54 | wholesale-soccer-jersey168.com |

SCHEDULE "B"
**DEFENDANT PARTNERSHIPS OR UNINCORPORATED ASSOCIATIONS
BY SUBJECT DOMAIN NAMES AND ASSOCIATED E-MAIL ADDRESSES**

| Defendant Number | Defendant/ Subject Domain Name | Email Address(es) |
|---|---|---|
| 1 | 2013jeremyscottxadidas.com | jeremyscottsneakers@hotmail.com<br>447432713@qq.com |
| 2 | 11proboots.com | daydaypaint@gmail.com<br>puyingtian31@hotmail.com |
| 2 | copascarpedacalcio.com | tradetosale@hotmail.com<br>jh8huang@hotmail.com |
| 2 | f10-adizerotrx.com | daydaypaint@gmail.com<br>puyingtian31@hotmail.com<br>tradetosale@hotmail.com |
| 2 | kobe8lakers.com | tradetosale@hotmail.com<br>yujijie28@hotmail.com |
| 2 | newadizeroiii.com | jh10trade@hotmail.com |
| 2 | predatorabsolado.com | daydaypaint@gmail.com<br>kahaunying30@hotmail.com<br>tradetosale@hotmail.com |
| 2 | predatorlzfootballboots.com | ejhost29@hotmail.com |
| 2 | soccerkicksonfire.com | daydaypaint@gmail.com<br>puyingtian31@hotmail.com<br>tradetosale@hotmail.com |
| 3 | 4footballshirts.com | 4footballshirts@gmail.com<br>bom_suradech@hotmail.com |
| 4 | jeremyscottadidasaustralia.org | merer555@163.com<br>nikefreeonlinehfjc@gmail.com |
| 5 | adidas-nike-jp.com | store-japan@live.com<br>cy013@hotmail.com |
| 6 | adidasoriginalssuperstar2.com | zirondircks@hotmail.com<br>infashionbrand@gmail.com |
| 6 | adidassuperstar2.com | shoppingonline5001@gmail.com |
| 7 | adidasporschedesignbounce.com | taoyujun@gmail.com |
| 7 | chaussureadidasporschedesign.com | service@chaussureadidasporschedesign.com<br>serivce@chaussureadidasporschedesign.com |
| 7 | jeremyscottoriginals.com | service@jeremyscottoriginals.com |
| 8 | adidassneaker.org | service.3_susan@hotmail.com |

| 9 | adidaswings4sales.com | resalenivotrade@gmail.com<br>bochcl@gmail.com |
|---|---|---|
| 10 | all-wholesaler.com | all-wholesaler@hotmail.com<br>huamaosaler-1@hotmail.com<br>130603131@qq.com |
| 11 | billige-nike-fussballschuhe.com | wweucc@hotmail.com |
| 11 | fussball-schuhe.org | wholesale-shops@hotmail.com<br>wweucc@hotmail.com |
| 12 | billigereeboksko.com | poeurs@163.com<br>perfectoutsale@gmail.com |
| 12 | reebokprecios.com | nhurdd@163.com<br>trade365crazy@gmail.com |
| 12 | reeboktilbud.com | buhurdd@163.com<br>perfectoutsale@gmail.com |
| 14 | brownsneaks.com | contact@brownsneaks.com |
| 14 | rainbowsneaks.com | contact@rainbowsneaks.com |
| 15 | buyjerseys.us | wholesalejerseyscenter@yahoo.com<br>amparochandler878@hotmail.com |
| 15 | jerseyssupply.us | lawandaescobar894@hotmail.com |
| 15 | nikenfl2013.us | maritzablanchard338@hotmail.com |
| 15 | onlyjerseys.us | amparochandler878@hotmail.com<br>wholesalejerseyscenter@gmail.com |
| 15 | shoppingwholesalenfl.com | wholesalejerseyscenter@gmail.com |
| 16 | canada-jerseys.com | canadajerseys@188.com<br>canadajerseys@hotmail.com<br>canadajerseys@yahoo.com<br>info@dingdian.cn |
| 17 | chaussuresadidasjeremyscott.com | 373256203@qq.com |
| 18 | cheapjerseys88.com | 851698224@qq.com |
| 18 | nfljerseysstock.com | servicesselljerseys@hotmail.com<br>6223322@263.net |

| 19 | cheapnbajerseywholesale.com | businessonservice@hotmail.com<br>1220880798@qq.com |
|----|------------------------------|----------------------------------------------------|
| 20 | cheapnba-mart.com | nba-stores@hotmail.com<br>terrycn@live.cn |
| 21 | clothingwholesaletrade.com | 276154718@qq.com |
| 22 | cr7soccersales.com | soccersale.service@gmail.com |
| 23 | danmarkreebok.com | zuiopuo@163.com<br>beautyyounow@gmail.com |
| 24 | dnike.com | topbiz@live.com<br>sales@dnike.com |
| 25 | easytunereebok.com | b2ccommercial@gmail.com |
| 26 | exportroad.com | perfectsure6@msn.com<br>perfectsure@hotmail.com<br>992161856@qq.com |
| 26 | nicepaypal.com | zx1108585@hotmail.com |
| 27 | fineworkshops.com | Fineworkshops@gmail.com<br>7milespt@gmail.com |
| 28 | goemwholesaler.com | VogueTrader@Hotmail.com<br>42926879@qq.com |
| 29 | jeremyscottadidascollection.com | lemoshizi@gmail.com<br>jeremylin789@outlook.com |
| 29 | jeremyscottadidasxoriginals.us | lemoshizi@gmail.com<br>jeremylin789@outlook.com |
| 30 | jerseybuy365.com | bokimia@gmail.com<br>service@jerseybuy365.com<br>hin.yip@gmail.com |
| 31 | jerseysfreetax.com | wholesalechinacenter@gmail.com |
| 32 | jerseysshoppe.com | wholesalejerseycenter@hotmail.com<br>adel5211@hotmail.com<br>jerseysshoppe@hotmail.com<br>wholesalejerseycenter@yahoo.com |
| 32 | wholesalejerseycenter.com | wholesalejerseycenter@hotmail.com<br>amanda5211@hotmail.com<br>jerseysshoppe@hotmail.com<br>wholesalejerseycenter@yahoo.com |
| 33 | kevinshoes.com | service@kevinshoes.com |

| 34 | mercurialsuperfly8.com | 632771384@qq.com<br>service@kuangrenshop.com |
|----|------------------------|------------------------------------------|
| 34 | messishoes2013.com | 632771384@qq.com<br>service@kuangrenshop.com |
| 35 | nikeairmaxdeals4u.com | esellmall@126.com |
| 36 | nikeairmaxtnsko.com | skosalgs@gmail.com<br>jiawenjuan322@126.com |
| 37 | nikevipjerseys.com | sportjerseysfactory@hotmail.com<br>14276184@qq.com<br>nflshop@hotmail.com<br>sportjerseysfactory@hotmail.com |
| 39 | ralphlaurenus.com | shoppingoy002@hotmail.com<br>shoppingoy002@yahoo.com |
| 40 | shirtforsoccer.com | tom_willpa@hotmail.com<br>tom_willpa@yahoo.com<br>randy_willpa@hotmail.com<br>Randy_willpa@yahoo.com<br>neil_willpa@hotmail.com |
| 40 | soccershirtsupplier.com | tom_willpa@hotmail.com<br>tom_willpa@yahoo.com<br>randy_willpa@hotmail.com<br>Randy_willpa@yahoo.com<br>neil_willpa@hotmail.com<br>service@020jt.com<br>Susan_willpa@hotmail.com |
| 41 | wholesalejerseys4u.us | wholesalechinacenter@gmail.com<br>sheliasmithsonwill@hotmail.com |
| 42 | skoronline.org | stiwenboer@hotmail.com<br>euncieservices@gmail.com |
| 43 | sneakersaleclub.net | coollgy121-share@hotmail.com |
| 43 | sneakersalesclub.com | coollgy121-share@hotmail.com<br>ecbrand01@hotmail.com<br>support@sneakersalesclub.com |
| 44 | soccerbootoutlet.com | 15684511@qq.com<br>brandsalesclub@gmail.com |
| 45 | soccerjerseys1store.com | sales@soccerjerseys1store.com<br>service@soccerjerseys1store.com<br>sales@soccerjerseys1store.com |

| 46 | soccer-wholesale.com | soccer@qos.cc<br>hymeto@gmail.com<br>hymest@gmail.com |
| 47 | sparta7.com | z-g-r@21cn.com<br>support@sparta7.com<br>pay@beebond.com |
| 48 | sportjerseysfactory.com | sportjerseysfactory@hotmail.com<br>mlbjerseyonsale@gmail.com |
| 48 | teamjerseysfactory.com | sportjerseysfactory@hotmail.com<br>mlbjerseyonsale@gmail.com |
| 49 | styleaaa.com | styleaaasale@hotmail.com<br>brandsalecheap@hotmail.com<br>styleaaa@hotmail.com |
| 50 | thisjerseysb.com | yangxiu25@gmail.com<br>coolfansjerseys@gmail.com |
| 51 | uniformfootball.com | uniformfootball@hotmail.com<br>fangjian0404@163.com |
| 52 | wholesalebrand.org | topbiz@live.com<br>sales@wholesalebrand.org |
| 53 | wholesale-soccerjersey.com | wholesale-soccerjersey@hotmail.com<br>ntysfyw@hotmail.com |
| 54 | wholesale-soccer-jersey168.com | wholesale-soccer-jersey168@hotmail.com<br>2392231048@qq.com |